# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **RICK RHEBB, individually and on behalf of all others similarly situated** ) ) ) *Plaintiff* ) ) v. ) ) ) **MOLINA HEALTHCARE INC, a Delaware corporation** ) ) ) *Defendant* | Civil Action No. 2:26-CV-01488 |

## AFFIDAVIT OF SERVICE

I, Mariah Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MOLINA HEALTHCARE, INC. in Sacramento County, CA on February 16, 2026 at 1:11 pm at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Josh Swindell who as Intake Specialist at CSC – Lawyers Incorporating Service is authorized by appointment or by law to receive service of process for MOLINA HEALTHCARE, INC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, CLASS ACTION COMPLAINT

Additional Description:
Josh Swindell oversaw drop off

Race: , Sex: , Est. Age: Unknown, Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=38.6161583333,-121.51628
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Sacramento County   ,

   CA    on    2/18/2026   .

/s/ *Mariah Gutierrez*

Mariah Gutierrez - +1 (916) 477-4299
Registration No.: 2025-028
Registration County: Sacramento County



Exhibit 1a)
2/16/2026 1:11 pm PST
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502
38.6161583, -121.5162800