Jade Jurdi (SBN 273401)
*jjurdi@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 439-9400

Hector Chavez (*pro hac vice* forthcoming)
*hchavez@steptoe.com*
**STEPTOE LLP**
717 Texas Avenue, Suite 2800
Houston, TX 77002
Tel: (713) 221-2300

Daniel S. Blynn (*pro hac vice* forthcoming)
*dblynn@steptoe.com*
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000

*Attorneys for Defendant*
*Molina Healthcare, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK RHEBB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-01488-HDV-PD<br><br>The Honorable Hernán D. Vera<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 16, 2026<br>Current Resp. Date: March 9, 2026<br>New Resp. Date: April 8, 2026 |

Plaintiff Rick Rhebb and Defendant Molina Healthcare, Inc. ("MHI") hereby submit this Stipulation pursuant to Local Rule 8-3 as follows:

1. WHEREAS, Plaintiff filed this action on February 12, 2026 (Dkt. No. 1);

2. WHEREAS, Plaintiff served MHI with a copy of the Complaint on February 16, 2026 (Dkt. No. 11);

3. WHEREAS, pursuant to Fed. R. Civ. Proc. 12(a)(1)(A)(ii), MHI's response to the Complaint is currently due on March 9, 2026;

4. WHEREAS, the parties agree that MHI's last day to answer, move, or otherwise respond to the complaint shall be extended to April 8, 2026; and

5. WHEREAS, such an extension "does not extend the time [for MHI to respond to the Complaint] for more than a cumulative total of thirty (30) days from the date the response initially would have been due" on March 9, 2026. L.R. 8-3. NOW, THEREFORE, IT IS HEREBY STIPULATED THAT,

MHI's new deadline to answer, move, or otherwise respond to the complaint in the above-captioned matter is April 8, 2026.

Dated: March 9, 2026  **STEPTOE LLP**

By: /s/ Jade Jurdi
Jade Jurdi
Daniel S. Blynn
(*pro hac vice* forthcoming)
Hector R. Chavez III
(*pro hac vice* forthcoming)
*Attorneys for Defendant Molina Healthcare, Inc.*

Dated: March 9, 2026  **PARONICH LAW, P.C**

By: /s/ Anthony I. Paronich
Anthony I. Paronich, *Pro Hac Vice*
*Attorneys for Plaintiff Rick Rhebb*

# SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Anthony I. Paronich, counsel for Plaintiff Rick Rhebb, concurs in the content of this filing and has authorized this filing.

Dated: March 9, 2026               **STEPTOE LLP**

                                              By: /s/ Jade Jurdi
                                                  Jade Jurdi
                                                  Daniel S. Blynn
                                                  (*pro hac vice* forthcoming)
                                                  Hector R. Chavez III
                                                  (*pro hac vice* forthcoming)

                                              *Attorneys for Defendant*
                                              *Molina Healthcare, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 9, 2026, a copy of the foregoing Document was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                */s/ Jade Jurdi*
                                Jade Jurdi