Name and address:

Jade Jurdi (SBN 273401)
Steptoe LLP
633 West 5th Street, Suite 1900
Los Angeles, CA  90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICK RHEBB | | CASE NUMBER |
| | Plaintiff(s), | 2:26-cv-01488-HDV-PD |
| v. | | |
| MOLINA HEALTHCARE, INC. | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| | Defendant(s), | |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Chavez, Hector R.
_____  check here if federal government attorney ☐
Applicant's Name (Last Name, First Name & Middle Initial)

Steptoe LLP
_____
Firm/Agency Name

| | | |
|---|---|---|
| 717 Texas Avenue | 713.221.2300 | 713.221.2320 |
| Suite 2800 | Telephone Number | Fax Number |
| Street Address | | |
| Houston, Texas  77002 | hchavez@steptoe.com | |
| City, State, Zip Code | E-mail Address | |

**I have been retained to represent the following parties:**

Molina Healthcare, Inc.                        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
_____            ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Please see Attachment "A" | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Not Applicable

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated **31/3/2026**

Hector R. Chavez

Applicant's Name (please type or print)

Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Jurdi, Jade
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

Steptoe LLP
_____
*Firm/Agency Name*

633 West 5th Street
_____
*Street Address*

Suite 1900
_____

Los Angeles, CA  90071
_____
*City, State, Zip Code*

213.439.9431      213.439.9599
_____    _____
*Telephone Number*      *Fax Number*

jjurdi@steptoe.com
_____
*Email Address*

273401
_____
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated _____

Jade Jurdi
_____
*Designee's Name (please type or print)*

_____
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

**Attachment A**

| Jurisdiction | Date of Admission | Active Member in Good Standing |
|---|---|---|
| Texas State Bar | 11/04/2011 | Yes |
| U.S. District Court for Southern District of Texas | 02/02/2012 | Yes |
| U.S. District Court for Eastern District of Texas | 02/17/2012 | Yes |
| U.S. District Court for Western District of Texas | 04/25/2012 | Yes |
| U.S. Court of Appeals Federal Circuit | 06/09/2015 | Yes |
| U.S. Court of Appeals Fifth Circuit | 02/04/2015 | Yes |
| U.S. Court of Federal Claims | 04/06/2022 | Yes |
| U.S. District of Colorado | 07/10/2025 | Yes |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 31, 2026

Re: Hector Raul Chavez, State Bar Number 24078335

To Whom It May Concern:

This is to certify that Hector Raul Chavez was licensed to practice law in Texas on November 04, 2011, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253