**Name and address:**
**Jade Jurdi SBN 273401**
**Steptoe LLP**
**633 West 5th Street, Suite 1900**
**Los Angeles, CA 90071**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK RHEBB,**<br><br>                                    Plaintiff(s)<br><br>v.<br><br>**MOLINA HEALTHCARE, INC**<br><br>                                    Defendant(s). | CASE NUMBER<br><br>**2:26-cv-01488-HDV-PD**<br><br>**(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

**Chavez, Hector R**                                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

**713.221.2300**                    **713.221.2320**

*Telephone Number*          *Fax Number*

**hchavez@steptoe.com**

*E-Mail Address*

**Steptoe LLP**
**717 Texas Avenue, Suite 2800**
**Houston, Texas 77002**

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
**Molina Healthcare, Inc.**

*Name(s) of Party(ies) Represented*                    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

**Jurdi, Jade F.**                                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

**273401**          **213-439-9431**          **213-439-9599**

*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

**jjurdi@steptoe.com**

*E-Mail Address*

**Steptoe LLP**
**633 West 5th Street, Suite 1900**
**Los Angeles, CA 90071**

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

                                              **U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*         Page 1 of 1