## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK RHEBB<br><br>Plaintiff(s),<br><br>v.<br><br>MOLINA HEALTHCARE, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:26–cv–01488–HDV–PD<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

 4/3/2026       15       Application of Non–Resident Attorney to Appear in a Specific Case Pro Hac Vice 
Date Filed    Doc. No.   Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Section III, Designation of Local Counsel signature is blank.

Other:

**Note:     In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  April 6, 2026 

By:  /s/ *BonnieMarie Guillory–Curling* 
 *BonnieMarie_GuilloryCurling@cacd.uscourts.gov* 
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112C(10/25)     Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application