Name and address:
Jade Jurdi SBN 273401
Steptoe LLP
633 West 5th Street, Suite 1900
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICK RHEBB, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:26-cv-01488-HDV-PD |
| v. | |
| MOLINA HEALTHCARE, INC | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Blynn, Daniel S                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-429-3000                    202-429-3902

*Telephone Number*          *Fax Number*

dblynn@steptoe.com

*E-Mail Address*

Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Molina Healthcare, Inc.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Jurdi, Jade F.                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

273401          213-439-9431          213-439-9599

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jjurdi@steptoe.com

*E-Mail Address*

Steptoe LLP
633 West 5th Street, Suite 1900
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**