**Name and address:**
**Jade Jurdi SBN 273401**
**Steptoe LLP**
**633 West 5th Street, Suite 1900**
**Los Angeles, CA 90071**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RICK RHEBB,

Plaintiff(s)

v.

MOLINA HEALTHCARE, INC

Defendant(s).

CASE NUMBER

**2:26-cv-01488-HDV-PD**

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Chavez, Hector R        of

*Applicant's Name (Last Name, First Name & Middle Initial)*

713.221.2300          713.221.2320

*Telephone Number*      *Fax Number*

hchavez@steptoe.com

*E-Mail Address*

**Steptoe LLP**
**717 Texas Avenue, Suite 2800**
**Houston, Texas 77002**

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
**Molina Healthcare, Inc.**

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Jurdi, Jade F.        of

*Designee's Name (Last Name, First Name & Middle Initial)*

273401          213-439-9431          213-439-9599

*Designee's Cal. Bar No.*    *Telephone Number*      *Fax Number*

jjurdi@steptoe.com

*E-Mail Address*

**Steptoe LLP**
**633 West 5th Street, Suite 1900**
**Los Angeles, CA 90071**

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**