Jade Jurdi (SBN 273401)
*jjurdi@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 439-9400
Fax: (213) 439-9599

Daniel S. Blynn (*pro hac vice* pending)
*dblynn@steptoe.com*
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902

Hector Chavez (*pro hac vice* pending)
*hchavez@steptoe.com*
**STEPTOE LLP**
717 Texas Avenue, Suite 2800
Houston, TX 77002
Tel: (713) 221-2300
Fax: (713) 221-2320

*Attorneys for Defendant*
*Molina Healthcare, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK RHEBB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-01488-HDV-PD<br><br>Hon. Hernán D. Vera<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.1-1, Defendant Molina Healthcare, Inc. ("Molina") hereby states that it is a publicly traded Delaware corporation. Molina has no parent corporation, and The Vanguard Group, a publicly held corporation listed on the New York Stock Exchange, owns 10% or more of Molina's stock.

The undersigned, counsel of record for Molina Healthcare, Inc. certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Rick Rhebb                                            Plaintiff

Molina Healthcare, Inc.                               Defendant

Dated:  April 8, 2026                     **STEPTOE LLP**

By: /s/ *Jade Jurdi*
Jade Jurdi
Daniel S. Blynn
(*pro hac vice* forthcoming)
Hector R. Chavez III
(*pro hac vice* forthcoming)
*Attorneys for Defendant*
*Molina Healthcare, Inc.*

2

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND
NOTICE OF INTERESTED PARTIES

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026 a copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated:  April 8, 2026

**STEPTOE LLP**

By:  /s/ *Jade Jurdi*
Jade Jurdi
Daniel S. Blynn
(*pro hac vice* pending)
Hector R. Chavez III
(*pro hac vice* pending)
*Attorneys for Defendant*
*Molina Healthcare, Inc.*

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND
NOTICE OF INTERESTED PARTIES