**JUDGE HERNÁN D. VERA**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**
*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

*Note:* Hearings shall be on Thursdays at 10:00 a.m.
Other dates can be any day of the week.

| Case No. 2:26-cv-01488-HDV-PD | Case Name: Rick Rhebb v. Molina Healthcare, Inc. | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | **Timing** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Check one:  [X] Jury Trial  or  [ ] Court Trial  (***Tuesday*** at 9:00 a.m.)  Estimated Duration: ____5____ Days | Within 18 months after Complaint filed | | 08/31/2027 | [ ] Jury Trial  [ ] Court Trial  _____Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] (***Tuesday*** at 10:00 a.m.) | 21 days before trial | | 08/10/2027 | |
| Hearing on Motions In Limine | 28 days before trial | | 08/03/2027 | |
| **Event** | **Weeks After Scheduling Conference** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to ***Hear*** Motion to Amend Pleadings /Add Parties | 6 | | 09/17/2026 | |
| **Event[1]** | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Fact Discovery Cut-Off | 22 | | 02/12/2027 | |
| Expert Disclosure (Initial) | 21 | | 03/12/2027 | |
| Expert Disclosure (Rebuttal) | 19 | | 04/16/2027 | |
| Expert Discovery Cut-Off | 17[2] | | 04/30/2027 | |
| Last Date to ***Hear*** Motions | 11 | | 06/26/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]  *Select* one:  [ ] 1. Magistrate Judge *(with Court approval)*  [ ] 2. Court's Mediation Panel  [X] 3. Private Mediation | 6 | | 07/09/2027 | [ ] 1. Mag. J.  [ ] 2. Panel  [ ] 3. Private |

8

*Rev 03/2026*

| Event | Weeks Before FPTC | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 4 | | 07/13/2027 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | | 07/27/2027 | |

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.** _Class actions and patent and ERISA cases in particular may need to vary from the above._

[2] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**

9

*Rev 03/2026*