Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Attorney for Plaintiff and Putative Class*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICK RHEBB**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**MOLINA HEALTHCARE INC,** a Delaware corporation.<br><br>*Defendant.* | Case No. 2:26-cv-01488-HDV-PD<br><br>**Judge: Hon. Hernán D. Vera**<br>**Magistrate Judge: Hon. Patricia Donahue** |

## SUPPLEMENT TO JOINT RULE 26(f) REPORT

Plaintiff Rick Rhebb ("Plaintiff") and Defendant Molina Healthcare, Inc. ("Defendant") respectfully submit this Supplement to the Joint Rule 26(f) Report to set forth the Parties' agreed-upon briefing schedule for Plaintiff's anticipated motion for class certification, per the Court's Order at the June 30, 2026 Scheduling Conference

**Proposed Class Certification Briefing Schedule**

- Motion for Class Certification: November 20, 2026
- Opposition to Motion for Class Certification: December 18, 2026
- Reply in Support of Motion for Class Certification: January 4, 2027
- Hearing on Motion for Class Certification: January 28, 2027

The Parties respectfully request that the Court adopt the foregoing dates as part of the case schedule.

DATED this 7 day of July, 2026.

By: */s/ Alex N. Jilizian*
Alex N. Jilizian
alex@paronichlaw.com
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorney for Plaintiff and the Putative Class*

By: */s/ Hector Chavez*
Hector Chavez, *Pro Hac Vice*
hchavez@steptoe.com
**STEPTOE LLP**
717 Texas Avenue, Suite 2800
Houston, TX 77002
Tel: (713) 221-2300
Fax: (713) 221-2320

*Attorney for Defendant Molina Healthcare, Inc.*

**SUPPLEMENT TO JOINT RULE 26(f) REPORT**
-2-