UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:26-cv-01488-HDV-PD                                           Date: July 17, 2026

Title   *Rick Rhebb v. Molina Healthcare, Inc.*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

N/A                                                              N/A

**Proceedings (In Chambers):      Order Re Proposed Protective Order**

The parties submitted a Proposed Stipulated HIPAA Qualified Confidentiality and Protective Order for the Court's consideration and signature.  The proposed order would permit certain materials to be filed under seal.  Civil Local Rule 79-5 governs requests for under seal filing.  A Party seeking to file under seal any material (including material covered by a stipulated protective order), must comply with Civil Local Rule 79-5, under which documents may only be filed under seal pursuant to a court order authorizing the sealing of the specific material at issue.  The proposed protective order does not cite Local Rule 79-5 and does not contain the parties' agreement to follow it in seeking to file materials under seal.  Accordingly, the Court declines to sign it.

**IT IS SO ORDERED**.