Jade Jurdi (SBN 273401)
*jjurdi@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 439-9400
Fax: (213) 439-9599

Daniel S. Blynn (*pro hac vice*)
*dblynn@steptoe.com*
**STEPTOE LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902

Hector R. Chavez (*pro hac vice*)
*hchavez@steptoe.com*
**STEPTOE LLP**
717 Texas Avenue, Suite 2800
Houston, TX 77002
Tel: (713) 221-2300
Fax: (713) 221-2320

*Attorneys for Defendant*
*Molina Healthcare, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK RHEBB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:26-cv-01488-HDV-PD<br><br>Hon. Hernán D. Vera<br><br>**JOINT MOTION FOR ENTRY OF AMENDED STIPULATED HIPPA QUALIFIED CONFIDENTIALITY AND PROTECTIVE ORDER** |

Defendant Molina Healthcare, Inc. and Plaintiff Rick Rhebb (collectively, the "Parties") respectfully submit and request entry of the attached Proposed Amended Stipulated HIPAA Qualified Confidentiality and Protective Order.

On July 17, 2026, the Court issued an Order declining to sign the Parties' initial proposed protective order because it did not cite Civil Local Rule 79-5 or contain the Parties' explicit agreement to follow Rule 79-5 when seeking to file materials under seal. ECF No. 33.

In accordance with the Court's July 17, 2026 Order, the Parties have revised the proposed protective order to directly incorporate references to Civil Local Rule 79-5 and to explicitly state the Parties' agreement to abide by Rule 79-5 for any filings under seal.

Accordingly, the Parties jointly request that the Court enter the attached Amended Stipulated HIPPA Qualified Confidentiality and Protective Order.

Dated: July 22, 2026   Respectfully submitted,

By: */s/ Anthony I. Paronich  (by permission)*
 Anthony I. Paronich, *Pro Hac Vice*
 anthony@paronichlaw.com
 **PARONICH LAW, P.C.**
 350 Lincoln Street, Suite 2400
 Hingham, Massachusetts 02043
 Telephone: (617) 738-7080
 Facsimile: (617) 830-0327

 *Attorney for Plaintiff and*
 *the Putative Class*

**STEPTOE LLP**

By: */s/ Hector R. Chavez*
 Jade Jurdi (SBN 273401)
 *jjurdi@steptoe.com*
 633 West Fifth Street, Suite 1900
 Los Angeles, CA 90071
 Tel: (213) 439-9400
 Fax: (213) 439-9599

2

Daniel S. Blynn (*pro hac vice*)
*dblynn@steptoe.com*
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902

Hector R. Chavez (*pro hac vice*)
*hchavez@steptoe.com*
717 Texas Avenue, Suite 2800
Houston, TX 77002
Tel: (713) 221-2300
Fax: (713) 221-2320

*Attorneys for Defendant*
*Molina Healthcare, Inc.*

3

JOINT MOTION FOR ENTRY OF AMENDED
STIPULATED HIPPA QUALIFIED CONFIDENTIALITY AND PROTECTIVE ORDER